**Order entered December 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00415-CV

**JUST ENERGY TEXAS I CORP., Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION AND CEDRIC THOMAS, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07637-I**

## ORDER

We **GRANT** appellee Texas Workforce Commission's November 25, 2014 motion for leave to file sur-reply. Appellee's sur-reply brief, received on November 25, 2014, is **ORDERED** filed as of the date of this Order.

/s/     CRAIG STODDART
            JUSTICE